UNITED STATES ex rel. Stefano Trapini, Relator-Appellee, v. COMMIS- . SIONER OF IMMIGRATION et al., Respondents-Appellants. (Circuit Court of Appeals, Second Circuit. January 25, 1924.) No. 196. Appeal from the District Court of the United States for the Southern District of New York. William Hayward, U. S. Atty., of New York City (James C. Thomas, Asst. U. S. Atty., of New York City, of counsel), for appellant. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.

---

Thomas WRIGHT, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Fifth Circuit. December 18, 1923. Rehearing Denied February 13, 1924.) No. 4128. In Error to the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Arthur B. Leopold, of New Orleans, La. (Arthur B. Leopold and Henry L. Landfried, both of New Orleans, La., on the brief), for plaintiff in error. L. P. Bryant, Jr., and Rene J. Waguespack, Asst. U. S. Attys., both of New Orleans, La. (Louis H. Burns, U. S. Atty., and Rene J. Waguespack, Asst. U. S. Atty., both of New Orleans, La., on the brief), for the United States. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment in this case is affirmed.

END OF CASES IN VOL. 295